UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

CALVIN DUDLEY THOMAS,

    Petitioner,

v.                                       Case No. 3:14cv501/LC/CJK

JULIE L. JONES,

    Respondent.
_____/

## ORDER

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated May 18, 2016 (ECF No. 45). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a de novo determination of the objections filed (ECFNo. 48).

Having considered the Report and Recommendation, and the objections thereto, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.     The magistrate judge's Report and Recommendation (ECF No. 45) is adopted and incorporated by reference in this order.

2. The petition for writ of habeas corpus (doc. 1), challenging the judgment of

conviction and sentence in *State of Florida v. Calvin Dudley Thomas*, Escambia County Circuit Court Case No. 09-CF-4011, is DENIED.

    3.  The clerk is directed to close the file.

    4.  A certificate of appealability is DENIED.

**DONE AND ORDERED** this 12th day of July, 2016.

                                    s/*L.A. Collier*
                             **LACEY A. COLLIER**
                             **SENIOR UNITED STATES DISTRICT JUDGE**